

# Fourth Court of Appeals
## San Antonio, Texas

October 5, 2018

No. 04-18-00687-CV

**INT OF J.A.R.**,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01303
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

The court reporter's notification of late record is hereby NOTED. Time is extended to October 14, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court